Case 1:22-cv-00593-JMB-RSK   ECF No. 9, PageID.70   Filed 08/25/22   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Fleming

      Plaintiff(s),

v.

Kellogg Company, et al.

      Defendant(s).
_____/

Case No. 22-cv-593

Hon. Jane M. Beckering

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Kellogg Company** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ✔ Yes ☐ No

2. Does party have any parent corporations? ☐ Yes ✔ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ✔ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ✔ No
   If yes, identify entity and nature of interest:

Date: 8/25/2022

Joseph J. Torres (Signature)

Joseph J. Torres
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654