UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRADLEY H. FLEMING,<br><br>    Plaintiff,<br><br>v.<br><br>KELLOGG COMPANY, THE BOARD OF DIRECTORS OF KELLOGG COMPANY, ERISA FINANCE COMMITTEE OF KELLOGG COMPANY, AND ERISA ADMINISTRATIVE COMMITTEE OF KELLOGG COMPANY,<br><br>    Defendants. | Hon. Jane M. Beckering<br><br>Case No. 22-cv-593<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants Kellogg Company, the Board of Directors of Kellogg Company, ERISA Finance Committee of Kellogg Company, and ERISA Administrative Committee of Kellogg Company, respectfully move this Court to dismiss Plaintiff's Complaint (ECF No. 1) with prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim pursuant to Rule 12(b)(6). This motion is based on the accompanying memorandum of law, declarations, and exhibits. Defendants also respectfully request oral argument in connection with this motion.

September 19, 2022

                                                Respectfully submitted,

                                                KELLOGG COMPANY, THE BOARD OF DIRECTORS OF KELLOGG COMPANY, ERISA FINANCE COMMITTEE OF KELLOGG COMPANY, AND ERISA ADMINISTRATIVE COMMITTEE OF KELLOGG COMPANY

                                                By: _____
                                                    One of their attorneys

Joseph J. Torres
Alexis E. Bates
Savannah Berger

D. Andrew Portinga
Christopher J. Schneider
*Counsel for Defendants*