UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY H. FLEMING,

    Plaintiff,

v.

KELLOGG COMPANY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-593

HON. JANE M. BECKERING

**ORDER**

In accordance with the Bench Opinion issued by the Court on April 27, 2023:

**IT IS HEREBY ORDERED**, for the reasons stated on the record, that Plaintiff's Amended Motion for Leave to File Sur-Reply (ECF No. 31) is DENIED.

**IT IS FURTHER ORDERED**, for the reasons stated on the record, that Defendants' Motion to Dismiss (ECF No. 22) is GRANTED.

Dated: April 27, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge