UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY H. FLEMING,

    Plaintiff,

v.

KELLOGG COMPANY, et al.,

    Defendants.

_____/

Case No. 1:22-cv-593

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Bench Opinion and Order issued this date:

**IT IS HEREBY ORDERED** that the Amended Complaint is dismissed with prejudice.

Dated: April 27, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge