# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRADLEY H. FLEMING,<br><br>    Plaintiff,<br><br>vs.<br><br>KELLOGG COMPANY, STEVEN A. CAHILLANE, ERISA FINANCE COMMITTEE OF KELLOGG COMPANY, AND ERISA ADMINISTRATIVE COMMITTEE OF KELLOGG COMPANY,<br><br>    Defendants. | Hon. Jane M. Beckering<br><br>Case No. 22-cv-593 |

Paul M. Secunda
WALCHESKE & LUZI LLC
235 Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: psecunda@walcheskeluzi.com

Troy W. Haney
HANEY LAW FIRM, P.C.
330 East Fulton
Grand Rapids, Michigan 49503
Telephone: (616) 235-2300
Email: THaney@troyhaneylaw.com

*Attorneys for Plaintiff*

Joseph J. Torres
Alexis E. Bates
Savannah E. Berger
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 840-8685
Email: JTorres@jenner.com
       Abates@jenner.com
       SBerger@jenner.com

D. Andrew Portinga
Christopher J. Schneider
MILLER JOHNSON
45 Ottawa Avenue SW
Suite 1100
Grand Rapids MI 49503
Telephone: 616.831.1772
Email: portingaa@millerjohnson.com
       schneiderc@millerjohnson.com

*Attorneys for Defendants*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF ITS MOTION TO ALTER OR AMEND
JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

Plaintiff, Bradley H. Fleming ("Plaintiff"), by his counsel, Walcheske & Luzi, LLC, and Haney Law Firm, P.C., hereby moves the Court for leave to file a short Reply of no more than four pages in Support of his Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) (ECF No. 43), in order to respond to Defendants' misapplication of the advisory opinion doctrine in its Response and to show how that Response further clouds the issue of whether Plan-wide relief is available to Plaintiff in arbitration. (ECF No. 45.)

In support of his Motion, Plaintiff states:

1. On April 27, 2023, the Court granted Defendants' Motion to Dismiss the Amended Complaint (ECF No. 22), and entered Judgment for Defendants on that same date (ECF Nos. 40 and 41.)

2. On May 12, 2023, Plaintiff timely filed his Motion to Alter or Amend Judgment Pursuant to Fed. R. Evid. 59(e) (ECF No. 43), to ask the Court "to clarify the authority the Court believes the arbitrator has to award Plan-wide relief to Plaintiff under ERISA Sections 409 and 502(a)(2), 29 U.S.C. 1109(a), 1132." ECF No. 40-1, at 1. The purpose of Plaintiff's motion was to "assist Plaintiff in deciding whether to arbitrate his claims or whether to appeal the final judgment as inconsistent with the U.S. Supreme Court's effective vindication exception under *Am. Express Co. v. Italian Colors Restaurant*, 570 U.S. 228, 235 (2013)." *Id.*

3. The Court ordered the Defendants to file a Response to Plaintiff's Motion by June 9, 2023. ECF No. 44.

4. On June 9, 2023, Defendants file their Response to Plaintiff's Motion to Alter or Amend. ECF No. 45. In doing so, Defendants advanced arguments that wrongly suggested that (1) Rule 59(e) did not apply to the requested relief, (2) misapplied the advisory opinion doctrine, and (3) further clouded the

issue of what type of relief is available to Plaintiff in arbitration.

5. Plaintiff therefore requests an opportunity to briefly explain the applicability of Rule 59(e) to the requested relied, the inapplicability of the advisory opinion doctrine to the relief he requests, and to illustrate how Defendants' Response itself establishes the need for clarification on whether Plaintiff may receive Plan-wide relief in arbitration.

6. After attempting to confer with Defendants on this Reply on June 13, 2023 by email, Defendants have failed to timely inform Plaintiff on their position on the filing of this Reply.

Plaintiff, therefore, respectfully requests leave to reply to Defendants' Response to Plaintiff's Motion to Alter or Amend in the form of a short Reply, which is attached to this Motion as **Exhibit 1**.

Dated: June 14, 2023

Respectfully submitted,

*s/ Paul M. Secunda*
Paul M. Secunda
**WALCHESKE & LUZI, LLC**
235 Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
E-Mail: psecunda@walcheskeluzi.com

Troy W. Haney
**HANEY LAW FIRM, P.C.**
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
E-Mail: thaney@troyhaneylaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF, which will send notification to all counsel of record.

/s/Paul M. Secunda
Paul M. Secunda