UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY H. FLEMING,

    Plaintiff,

v.

KELLOGG COMPANY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-593

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: December 8, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge